**TRENK, DIPASQUALE, WEBSTER,
DELLA FERA & SODONO, P.C.**
347 Mount Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
(973) 243-8600
Thomas M. Walsh (TW0645)
*Counsel for Debtor/Plaintiff,*
*Collezione Europa U.S.A., Inc.*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 08-13599 (MS) |
| COLLEZIONE EUROPA U.S.A., INC., | Chapter 11 |
| Debtor. | |
| COLLEZIONE EUROPA U.S.A., INC., | |
| Plaintiff, | Adv. Pro. No. 09-1102 (MS) |
| v. | |
| SIMON TUSHA, | |
| Defendant. | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** that a demand was made by debtor/plaintiff, Collezione Europa U.S.A., Inc. ("Plaintiff"), upon Simon Tusha ("Defendant") for the turnover of funds.

**PLEASE TAKE FURTHER NOTICE** that on or about January 15, 2009, Plaintiff filed an Adversary Complaint against the Defendant in the matter captioned <u>Collezione Europa U.S.A., Inc. v. Simon Tusha</u>, Adv. Pro. No. 09-1102 (MS), seeking turnover of funds (the "Complaint").

**PLEASE TAKE FURTHER NOTICE** that each party shall bear its own costs and expenses in connection with this matter, including legal fees and expenses.

**PLEASE TAKE FURTHER NOTICE** that upon the filing of this Notice, this matter shall be dismissed without prejudice.

                                  **TRENK, DiPASQUALE, WEBSTER,
DELLA FERA & SODONO, P.C.**
Attorneys for Collezione Europa U.S.A., Inc.,

By:    */s/ Thomas M. Walsh*
       Thomas M. Walsh

Dated:  April 23, 2009

F:\WPDOCS\A-M\Collezione Europa\Insolvency\Account Receivable Complaints\Tusha, Simon\Notice of Dismissal.doc

2